EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 04 2003

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 03-00294 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 860(a) and 841(a)(1)] |
| CHERI-ANN RAMOS, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about May 23, 2003, in the District of Hawaii, defendant CHERIE-ANN RAMOS did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, a quantity of approximately .151 grams of cocaine base, aka "crack cocaine," a Schedule II controlled

substance, within one thousand (1,000)feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860 (a).

## COUNT 2

The Grand Jury further charges that:

On or about May 23, 2003, in the District of Hawaii, defendant CHERIE-ANN RAMOS did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, a quantity of approximately .108 grams of cocaine base, aka "crack cocaine," a Schedule II controlled substance, within one thousand (1,000)feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860 (a).

## COUNT 3

The Grand Jury further charges that:

On or about May 23, 2003, in the District of Hawaii defendant CHERIE-ANN RAMOS did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, a quantity of approximately .647 grams of cocaine base, aka "crack cocaine," a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: June 4, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney
District of Hawaii