AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 2 7 2005
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**CHERIE-ANN RAMOS**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:03CR00294-001
USM Number: 89259-022

Michael A. Weight, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) Special Condition No. 3, Standard Condition No. 3, Standard Condition No. 2, Special Condition No. 2, General Condition and Standard Condition No. 7, of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 6595

Defendant's Residence Address:
Ipu Aumakua Lane
Lahaina, Hawaii 96761

Defendant's Mailing Address:
Ipu Aumakua Lane
Lahaina, Hawaii 96761

October 24, 2005
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**HELEN GILLMOR**, United States District Judge
Name & Title of Judicial Officer

10·26·05
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:03CR00294-001
DEFENDANT: CHERIE-ANN RAMOS

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On 8/26/2005, the subject was evicted from NHOW | |
| 2 | On 8/17/2005, the subject failed to follow instructions of the probation officer | |
| 3 | On 9/6/2005, the subject failed to report to the probation officer | |
| 4 | On 10/14/2005, the subject entered the Operation Weed and Seed target area | |
| 5 | On 10/14/2005, the subject engaged in conduct constituting Promoting a Dangerous Drugs in the Third Degree | |
| 6 | On 10/14/2005, the subject engaged in conduct constituting Promoting a Dangerous Drugs in the Second Degree | |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00294-001 | Judgment - Page 3 of 3 |
| DEFENDANT: CHERIE-ANN RAMOS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 MONTHS .

This term consists of THIRTY (30) MONTHS as to each of Counts 1, 2, 3, all such terms shall be served concurrently.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
A federal facility on the mainland.
That the defendant participate in drug treatment, educational and vocational training programs. In addition, that the Bureau of Prisons collect the defendant's DNA.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal